NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERMONT YANKEE NUCLEAR POWER CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5033, -5034, -5042

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 02-CV-898 and 03-CV-2663, Judge Thomas C. Wheeler.

---

## ORDER

The United States submits a notice that its initial brief includes a challenge upon federal preemption grounds to the State of Vermont's action requiring Entergy Nuclear Vermont Yankee, LLC to make certain financial contributions before permitting it to construct a

dry storage facility on its nuclear reactor site. The United States also moves without opposition for judicial notice of the official transcript of a June 23-24 hearing in Entergy Nuclear Vermont Yankee, LLC v. Shumlin, No. 1:11-CV-99 (D. Vt.).

Section 2403(b) of 28 U.S.C. and Fed. R. App. P. 44 requires that this court certify to the attorney general of the State the fact that the challenge has been made.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Notice is hereby provided to the attorney general of the State of Vermont. If the State determines to file an amended brief amicus curiae, that brief is due within 30 days of the date of filing of this order. The due date for the United States' brief is 60 days from the date of filing of this order.

(2) The motion for judicial notice is granted.

FOR THE COURT

SEP 0 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard James Conway, Esq.
    Brad Fagg, Esq.
    Harold D. Lester, Jr., Esq.
    Kyle Landis-Marinello, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 2 2011

JAN HORBALY
CLERK